IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JIM DESMOND                                          Case No.:       09-034-GLL

       Plaintiff,
vs.

PHILLIPS & COHEN

       Defendant.

## ORDER

AND NOW, this _____ day of _____, 2009, Plaintiff's Motion to Extend Discovery is granted. The parties shall completed all fact discovery by October 14, 2009. A Post-Discovery Status Conference is scheduled for _____.

BY THE COURT:

_____
Gary L. Lancaster,
United States District Judge