IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JIM DESMOND                                                   Case No: 09-034-GLL

       Plaintiff,

vs.

PHILLIPS & COHEN

       Defendant.

## ORDER

AND NOW, this __16th__ day of __October__, 2009, Plaintiff's Motion to Extend Discovery is granted. The parties shall complete all discovery by November 3, 2009. A Post-Discovery Status Conference is scheduled for Friday, November 13, 2009 at 1:30 PM.

BY THE COURT:

_/s/ Gary L. Lancaster_
Gary L. Lancaster,
United States District Judge