IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JIM DESMOND

      Plaintiff,

vs.

PHILLIPS & COHEN ASSOCIATES, L.T.D.

      Defendant.

Case No. 09-34-GLL

### ORDER

AND NOW, this _____ day of _____, 2009, Plaintiff's Motion for Leave To Amend Complaint is granted. Plaintiff shall file the proposed Amended Complaint attached to the Motion as Exhibit A within two (2) days from the date of this Order.

BY THE COURT:

_____
Gary L. Lancaster
United States District Judge