## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JIM DESMOND, | CIVIL DIVISION |
| Plaintiff, | No: 2:09-CV-00034 |
| vs. | THE HONORABLE GARY L. LANCASTER |
| PHILLIPS & COHEN ASSOCIATES, LTD., | **JURY TRIAL DEMANDED** |
| Defendant. | ELECTRONICALLY FILED |

### ORDER OF COURT

AND NOW, this ___ day of _____, 2009, it is hereby ORDERED, ADJUDGED and DECREED that Defendant Phillips & Cohen Associates, LTD.'s Motion to Compel Plaintiff to Produce Medical Records is GRANTED and the Plaintiff is ordered to produce full and complete copies of the medical records of Andrew Joseph, M.D., and any other health care provider with whom which Plaintiff discussed any instances of anxiety, depression, or his mental health within twenty (20) days from the date of this Order.  In the alternative, Plaintiff shall agree to execute Authorizations for the release of the above-referenced medical records and Defendant will obtain such records and provide Plaintiff with a copy free of cost.

BY:

_____
THE HONORABLE GARY L. LANCASTER

12/900601.v1