14

1    A    I believe.  Yeah.

2    Q    And can you just describe what kind of

3 distress, emotional distress that you felt whenever

4 you received that letter?

5    A    That's not an easy question to answer.

6 Okay?  Because I come home from work every day and

7 try to sit down and just be calm, and I get stuff

8 like this in the mail and it would just -- I'd start

9 bringing back memories of seeing her in the hospital

10 bed and the pain and torture she went through and

11 just to watch a beautiful woman be eaten alive with

12 cancer and why are these people doing this.

13          I called Chase and they told me I

14 didn't owe them money.  Why are they doing it?  It

15 made me physically sick.  My stomach would just tie

16 up in knots.  I couldn't eat.  I just started

17 shaking.

18    Q    If you need to take a break, we can take a

19 break.

20          MR. SUHER:  Do you want to take a quick

21      break, go walk outside a little bit?

22          THE WITNESS:  I'll be fine in a second.

23                  - - - -

24      (There was a pause in the proceedings.)

25                  - - - -


EXHIBIT
A

15

```
 1        A    Sorry about breaking down.  That's just
 2   the way I felt.  That's the way I felt when I got
 3   this letter, and especially those letters, because I
 4   sent them a letter after the first one asking them
 5   to stop.
 6                  I mean, every night I come home from
 7   work, there's messages on my answering machine to
 8   call Phillips & Cohen.  They were relentless.  Okay?
 9   And it was driving me crazy.  I don't know.  I
10   guess, at least this -- when I sent these people a
11   notice to leave me alone, they did.
12        Q    (By Ms. Vugrinovich) And you're talking
13   about the West Asset Management?
14        A    Correct.
15        Q    Did your wife have a will?
16        A    No, she didn't.
17        Q    Who was in charge of her estate after she
18   passed away?
19        A    There is no estate.
20        Q    Was there anything legal-wise that anybody
21   assisted you or your son in handling after she
22   passed away?
23        A    Nope.  I'm sorry.  No.
24        Q    When did you first hear of Phillips &
25   Cohen?
```

1      A      When they started calling the house.  I

2   don't recall the exact date of the --

3      Q      Can you give me an approximate, maybe a

4   month and a year?

5      A      It had to have been like January of 2008.

6   Like I say, I don't remember exactly.

7      Q      When they started calling your house in

8   what you believe was January of '08, did they leave

9   messages or did you actually speak with somebody

10  that month?

11     A      I only spoke with one person, and that was

12  after I got so frustrated, but, no, I didn't.  They

13  left messages sometimes.  Sometimes there was no

14  message, but on the caller ID was their phone number

15  or their name depending on which phone I looked at

16  at the time.

17     Q      Approximately, how many times per week

18  would they call you in this month of January of '08?

19     A      I can't give you any kind of guess at

20  that.  I'd just be guessing, but I know it was -- I

21  come home from work and there were several.  Whether

22  it be four, five, I don't know.  It just seemed like

23  it was daily.

24     Q      And were all of those from Phillips &

25  Cohen?

21

1      Q    And did you receive the green card

2   confirming that the office of Phillips & Cohen

3   received your letter?

4      A    Yes, I did.

5      Q    And if you look at Exhibit C, I think

6   that's -- yeah.  That's what you're looking at.  If

7   you look at the top green card, it looks like the

8   date of delivery was February -- it's either the

9   24th or the 9th or the 1st.  Does that sound

10  about -- well --

11     A    I have no idea what's written on there.  I

12  cannot read it at all.

13     Q    Where did you get the address that you

14  sent your cease and desist notice to?

15     A    Right there.

16     Q    And you're referring to Exhibit A?

17     A    Correct.

18     Q    The address that is directly across from

19  where it says Jill C. Desmond?

20     A    Correct.

21     Q    So that was in, fair to say, end of

22  February of '08 that you did this?

23     A    Correct.

24     Q    In between the end of February '08 and

25  May 13, 2008, beginning of May, we'll say, of 2008,

22

1    did you hear from Phillips & Cohen at all?

2        A    Yes.

3        Q    How did you hear from them?

4        A    By phone.  They were leaving messages.

5        Q    And what was the frequency of the messages

6    they were leaving?

7        A    It was still pretty consistent.  I can't

8    give you an exact number, but it was still pretty

9    consistent.

10       Q    Did the individual who was leaving the

11   messages identify him or herself?

12       A    Only once, only once.  The name I had

13   written down with a phone number.  It's on one of

14   those pieces of paper.  I thought it was Amber or

15   Lauren, but it turns out it was Amber Lorn.

16       Q    In between the end of February of 2008 and

17   your receipt of the next letter dated May 13, 2008,

18   did you actually speak with anybody from Phillips &

19   Cohen?

20       A    Yes, I did.

21       Q    Do you know when you did speak with an

22   individual from Phillips & Cohen?

23       A    I don't recall the exact date, but it's in

24   there someplace.

25       Q    Would it be in your notes?  These are your

23

1   notes.  You can take a look at those and let me

2   know.

3       A    No, I don't have a date written down on

4   it, but that's when -- I have it written down Amber

5   and Lauren, but it was -- Amber Lorn was the name.

6       Q    Did she call you?

7       A    Yes.

8       Q    And what did she say to you whenever you

9   picked up the phone?

10      A    She just -- I can't remember exactly what

11  she said, how the conversation started.  No, I

12  can't.  But she -- I'm sure she said she was from

13  Phillips & Cohen, which I already knew by looking at

14  the caller ID, and then it just went on from there.

15      Q    Can you --

16      A    Do you want me to elaborate?  Do you want

17  me to go on what went on?

18      Q    Yeah.  I want you to tell me to the best

19  of your recollection what the telephone conversation

20  was, what she said, what you said in response.

21      A    What I said after I found out -- after I

22  knew who it was -- I gave her at least a second to

23  say hello or whatever.  I said to her:  You know,

24  you're like a bunch of vultures.  My wife's been

25  dead just a few months and you're calling me

24

1  hassling me for money.

2           And she said:  Well, we like to give

3  at least three months for you to grieve.  And I

4  thought you got to be shitting me.  I was married to

5  her for 42 years and you think three months is

6  enough time to grieve?

7           And then she went on about -- I'm not

8  even sure what she went on with because I was so

9  pissed off at her, I wanted to reach through the

10  phone and choke her.

11           She says:  Well, I got some

12  questions.  And I says:  Well, you got questions,

13  send them, write them down and send them to me.

14  I'll have an attorney look at them.

15           She said:  Oh, no, no, no.  Just

16  simple little questions.  I said:  Well, what are

17  they?  She says:  I just want to know do you have a

18  will, did she have will.

19           I said:  No, she didn't.  She says:

20  Is there an estate?  I said:  No, there isn't.  I

21  says:  I just want this crap to stop.  I'm tiring of

22  it.  I says:  I was told by Chase I don't owe the

23  money.  Why are you bothering me?

24           She said at the end of the

25  conversation -- I don't recall if there was anything

25

1    going on between that, but at the end of the

2    conversation, she says: Well, this is it.  We won't

3    bother you anymore.

4        Q    Do you recall mentioning anything to her

5    about turning in two cars that you were leasing?

6        A    I know I mentioned something about, you

7    know, I have two cars that were leased, one was in

8    my wife's name and the truck was in mine, and

9    without her income, I couldn't afford it.

10       Q    Is it fair to say at that time you were

11   having some financial difficulties?

12       A    I can't say.  No.  Because I was paid up

13   on everybody.  I was keeping my payments going.  I

14   just wasn't getting rich.

15       Q    So aside from turning -- was it just

16   turning her car in or was it both of your cars?

17       A    Both of them.  Between the mortgage on the

18   house and the two car payments, I wasn't making

19   enough money to pay for both of them, for

20   everything.

21       Q    All your other bills, were you current on

22   them?

23       A    Oh, yes, absolutely.

24       Q    I think you testified it was Amber that

25   contacted you?  This was the person you spoke to?

29

1  off, we were talking about how you felt when you

2  received the letter dated May 13, 2008.  After you

3  got the letter, what did you do?

4       A    I just broke down.  I just cried.  My

5  blood pressure went sky high.  I could feel it in my

6  head.  I just -- like I was going to blow up.  I

7  just couldn't believe it.  This letter that I got on

8  this day was the worst because I was betrayed.  They

9  told me it was over with and then they go and do it

10  again.

11       Q    Now, when you received other letters that

12  were addressed to your wife, you know, any sort of

13  letter, did you have any sort of the same reaction

14  as you did when you received these letters?

15       A    I got letters from the American Cancer

16  Society and I had to call them and get her name

17  taken off.  They were asking for donations.

18       Q    Because that made you feel the same way

19  that you did when you received --

20       A    No, no, not as bad.  I mean, American

21  Cancer Society was great.  I try to do everything I

22  can to help them.

23       Q    What other types of letters would you

24  receive that were addressed in your wife's name and

25  the estate of your wife that made you upset --

30

1      A      Just junk mail.

2      Q      You have to let me finish my question

3  first.

4      A      I'm sorry.

5      Q      That's okay.  What other types of letters

6  did you receive either addressed to your wife or

7  addressed to the estate of your wife that upset you

8  after she passed away?

9      A      I never got anything addressed to the

10  estate of my wife except this.

11      Q      What about the letters that were addressed

12  to your wife that you received; what types of

13  letters would upset you?

14      A      Nothing really, just seeing her name, but

15  nothing -- she never got anything, really, except

16  junk mail mainly.  That's it.  I just throw that

17  away.

18      Q      But seeing her name on the letters upset

19  you; is that correct?

20      A      Yeah.  Yeah.

21      Q      Did seeing --

22      A      I'm sorry.

23      MR. SUHER:  That's alright.  You answered

24      the question.  That was a yes or no.  You

25      answered.

37

1    complaint prior to Mr. Suher filing it?

2        A    I'm sure, yeah.

3        Q    Did you feel as though the letters were

4    more hurtful to you than the messages or the

5    telephone call or the missed calls?

6        A    It was a combination, everything just

7    piling up.

8        Q    But the phone call, the missed calls, and

9    the messages weren't contained in your complaint;

10   right?

11       A    I guess not, no.

12       Q    As a result of the phone calls -- the

13   phone call, the singular phone call that you spoke

14   with Amber, the letters, the missed calls, any

15   messages, did you sustain any out-of-pocket damages?

16       A    No.

17       Q    Did you ever go to any doctor and talk

18   about these phone calls, letters, et cetera, that

19   they were bothering you?

20       A    No.

21       Q    While you were taking care of your wife,

22   after your wife had passed away, did you ever go to

23   your PCP or any doctor regarding any anxiety or

24   depression that you were feeling?

25       A    Yes.

38

1    Q    And who did you go to?

2    A    Dr. Andrew Joseph.

3    Q    And where is he located?

4    A    Bethel Park.

5    Q    Do you know; is he in a complex or --

6    A    It's UPMC.

7    Q    Is he with a group?

8    A    I couldn't tell you, to be honest.  I

9    think there's three doctors in that.  It's a UPMC

10   building and his office is in there along with I

11   don't know how many doctors.

12   Q    Do you remember what road it's on?

13   A    Oxford Drive, I believe it is.  It goes

14   around and around, right across from Home Depot.

15   Q    When was the first time you went to

16   Dr. Joseph complaining of any sort of anxiety or

17   depression?

18   A    I believe -- I don't remember the exact

19   date.  I really don't.  I would just be guessing.

20   It was after she passed away.

21   Q    And you didn't mention Phillips & Cohen or

22   the call or anything like that?

23   A    Not anything yet.

24   Q    So this was in between -- I believe you

25   said she passed away in November of '07?

39

1      A      Uh-huh.

2      Q      So would it have been between November of

3  '07 and approximately January of '08 that you went

4  to see him?

5      A      Sure.  Yeah.

6      Q      Did he prescribe any medications for you?

7      A      Uh-huh.

8      Q      What did he prescribe for you?

9      A      I'm sorry.  Yes.  Xanax.

10      Q      Do you still take the Xanax?

11      A      He prescribed three a day, and I take only

12  when I need it now.

13      Q      During the time of these telephone calls

14  and the letters, so we'll say from January of '08 to

15  the end of July of '08, were you still taking the

16  Xanax three times a day?

17      A      More than that.

18      Q      You were taking it more than three times a

19  day?

20      A      Yeah.

21      Q      How many times a day were you taking it?

22      A      Whenever I got this letter or phone call,

23  I'd get so frustrated, it's the only way I could

24  calm myself down.

25      Q      On other days that you didn't receive a

1   letter or get a letter or missed call, would you

2   take more than the three?

3        A    I'd usually just take one in the morning.

4        Q    Okay.  Wait a minute.  My question before

5   was between January of '08 and we'll say the end' of

6   July of '08, I asked if you were taking three a day,

7   three Xanax a day.  I thought you said yes, but --

8        A    That's what he prescribed was three a day,

9   a maximum of three a day, and for the first few

10  weeks, I guess I took that prescription, and it

11  just -- I felt I was doing more harm to myself by

12  taking too many of them, so I cut it down to just

13  take one in the morning and see how it goes.  If I

14  need one later, I'll take one later.

15       Q    So after the first couple weeks after your

16  wife passed away, you were basically taking one in

17  the morning and then whatever -- you took one more

18  as needed depending on how you were feeling?

19       A    Yes.

20       Q    Did Dr. Joseph prescribe any other

21  medications for you, any antidepressant, any other

22  antianxiety medication?

23       A    No, no.

24       Q    How many times did you go to see

25  Dr. Joseph regarding any anxiety or depression you

41

1    were feeling after your wife died?

2        A    Just that one time.

3        Q    Did you ever go to any other doctor prior

4    to your going to see Dr. Joseph and complain about

5    any feelings of anxiety or depression?

6        A    No.

7        Q    So you don't have a history of feeling

8    that way?

9        A    I don't go to doctors.

10       Q    Have you ever been to a psychologist,

11   therapist?

12       A    No.

13       Q    I went through with you every letter that

14   you received and how you felt.  Is there anything

15   more you wanted to tell me about the emotional

16   distress that you felt upon receiving letters, the

17   one phone call, or seeing the missed calls or

18   messages on your answering machine?

19       A    There's so much more to it than just that.

20   There is absolutely so much more to it.  When she

21   was diagnosed in September of '06, one month after

22   we moved into a new house, I found out she had small

23   cell cancer, I looked it up and it was a terminal

24   disease.

25                  We had been married for many, many

42

1  years, and I never lied to my wife, but I couldn't
2  tell her that it was terminal.  So for the next 14
3  months, I had to keep a positive attitude.  I
4  couldn't break down in front of her.  I couldn't --
5  I just couldn't let my guard down.
6           The only time I broke down was when I
7  would get in the shower and I would just absolutely
8  lose it.  After she died -- before she died, when
9  she was in the hospital, just -- I would go in at
10 six o'clock in the morning and stay till
11 nine o'clock at night because they would bring her
12 food in and I would put it on the tray in front of
13 her and she couldn't feed herself.  She couldn't do
14 anything.  They didn't care.
15           So they brought her home under
16 hospice care, and I still had to be positive, you
17 know.  She asked me one time in the hospital, she
18 said:  I'm going to die, aren't I?  And, like I
19 said, I never lied to my wife and I couldn't -- I
20 couldn't lie to her then.  I just said to her:  You
21 can't die because I need you.
22           And then I just watched her when she
23 come home under hospice, just watched her go
24 downhill so fast, and when she died, it just -- like
25 somebody just pulled the plug out of me and drained

43

1   me totally.

2       Q    Is it fair to say that you were still

3   grieving the loss of your wife at the time you were

4   receiving letters --

5       A    I'm still grieving -- I'm sorry to step --

6   let you finish.  I'm sorry.

7       Q    Okay.  Is it fair to say you were still

8   grieving the loss of your wife when you received the

9   letters that we discussed, the phone call, the

10  missed calls, and the messages?

11      A    Yes.

12      Q    When you described to me when you received

13  the letters that you felt knots in your stomach,

14  that you felt like you were going to throw up, did

15  you feel that way prior to receiving any

16  communication from Phillips & Cohen simply just

17  because those were symptoms you had because of the

18  loss of your wife?

19      A    No, no.

20      Q    Other than Mr. Petock, did you discuss any

21  communication with Phillips & Cohen to anybody else?

22      A    No.

23      Q    Did you talk to your son about it?

24      A    No.

25      Q    Let me see your notes there.  That one,