IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JIM DESMOND                         )
                                    )
                                    )
                           Plaintiff )
         vs.                        )          C.A. 09-34
PHILLIPS & COHEN ASSOCIATES,        )
LTD.                                )
                                    )
                          Defendant )

HEARING ON   STATUS CONFERENCE

Before   CHIEF JUDGE GARY L. LANCASTER

JEFFREY SUHER, ESQ.                         DANIELLE VUGRINOVICH, ESQ.

Appear for Plaintiff                        Appear for Defendant

Hearing Begun   11/13/09 @ 1:31 PM          Hrg Adjourned to

Hrg concluded C.A.V.  11/13/09 @ 1:51 PM    Stenographer    NONE

WITNESS

For Plaintiff                               For Defendant

Motion To Compel (#25)                      Dispositive Motions Due W/IN
Rendered Moot;                              45 Days;

Deft's Motion To Strike Pltf's              Written Order To Be Entered
Motion To Amend Due
11-23-09; Response Due
12-3-09;