IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JIM DESMOND                                                                                  Case No. 09-34-GLL

          Plaintiff,
vs.

PHILLIPS & COHEN ASSOCIATES, L.T.D.

## AMENDED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

1.      Plaintiffs respectfully requests leave to file an amended complaint pursuant to Fed.R.Civ.P. 15(a).

2.      The proposed amended complaint is attached hereto as Exhibit "A".

Respectfully Submitted,

JEFFREY L. SUHER, P.C.

/s/ Jeffrey L. Suher
Jeffrey L. Suher, Esquire
Pa. I.D.#74924
4328 Old Wm Penn Hwy, Ste 2J
Monroeville, PA 15146
412-374-9005
412-374-0799 (fax)
lawfirm@jeffcanhelp.com

JURY TRIAL DEMANDED