IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JIM DESMOND                                                              Case No. 09-34-GLL

       Plaintiff,
vs.

PHILLIPS & COHEN ASSOCIATES, L.T.D.

## ORDER

AND NOW, this _____ day of _____, 2009, it is hereby ordered that Plaintiff's Amended Motion for Leave to File Amended Complaint is granted.

BY THE COURT:

_____
Gary L. Lancaster
United States District Judge