IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JIM DESMOND                                                                                  Case No. 09-34-GLL

       Plaintiff,

vs.

PHILLIPS & COHEN ASSOCIATES, L.T.D.

## ORDER

AND NOW, this _____ day of _____, 2009, Plaintiff's Motion to Open Discovery is granted. Discovery is limited to Plaintiff's requests set forth in paragraphs 18 and 19 of the motion. Defendant shall provide the responsive documents on or before _____. Discovery shall close on _____.

BY THE COURT:

_____
Gary L. Lancaster
United States District Judge