```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JIM DESMOND,                    )
        Plaintiff,              )
                                )
        v.                      )   Civil Action No. 09-34
                                )
PHILLIPS & COHEN ASSOCIATES,    )
LTD.,                           )
        Defendant.              )
```

ORDER

AND NOW, this 23rd day of November, 2009, the Court having received plaintiff's Amended Motion for Leave to File Amended Complaint [document #30], plaintiff's Motion to Open Discovery [document #32] and defendant's Motion to Strike Plaintiff's First Motion for Leave to File Amended Complaint [document #33] and brief in support, IT IS HEREBY ORDERED that any response in opposition to these motions shall be filed on or before December 4, 2009.

```
                            BY THE COURT:

                            s/Gary L. Lancaster
                            Gary L. Lancaster,
                            Chief United States District Judge
```

cc:   All Counsel of Record