IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JIM DESMOND

        Plaintiff,

vs.                                 Civil Action No. 09-34-GLL

PHILLIPS & COHEN ASSOCIATES,
LTD.

        Defendant.

## CONSENT ORDER

AND NOW, this 7TH day of December, 2009, upon consent of the parties, it is hereby ordered that Plaintiff is permitted to depose Robert Obringer, mailroom clerks from January 2008 through July 2008, mailroom clerk supervisor and Cindy Thompson. The depositions shall take place prior to January 31, 2010.

BY THE COURT:

_____
Gary L. Lancaster,
Chief United States District Judge

cc:   All Counsel of Record