IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JIM DESMOND,                         )
                                     )
        Plaintiff,                   )
                                     )
    v.                               )   Civil Action No. 09-034
                                     )
PHILIPS & COHEN ASSOCIATES, LTD.,    )
                                     )
        Defendant.                   )

### ORDER

AND NOW, this 19 day of January, 2010, IT IS HEREBY ORDERED that plaintiff's first motion for leave to file an amended complaint [doc. no. 24] is DENIED.  IT IS HEREBY ORDERED that defendant's motion to strike plaintiff's first motion for leave to file an amended complaint [doc. no. 33] is GRANTED.  IT IS FURTHER ORDERED that plaintiff's amended motion for leave to file an amended complaint [doc. no. 30] is GRANTED.

BY THE COURT:

_____, Chief J.

cc: All Counsel of Record