IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JIM DESMOND, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 09-0034 |
| | ) |
| PHILIPS & COHEN ASSOCIATES, LTD., | ) |
| | ) |
| Defendant. | ) |

## ORDER

AND NOW, this 27th day of January, 2010, IT IS HEREBY ORDERED that plaintiff's motion to compel discovery responses (Doc. No. 49) is DENIED. IT IS FURTHER ORDERED that plaintiff's motion to compel unredacted state agency log for compliance (Doc. No. 51) is DENIED.

BY THE COURT:

_____, Chief J.

cc:  All Counsel of Record