IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JIM DESMOND, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Civil Action No. 09-0034 |
| PHILIPS & COHEN ASSOCIATES, LTD., | ) ) ) |
| Defendant. | ) |

### ORDER

AND NOW, this 19 day of March, 2010, IT IS HEREBY ORDERED that plaintiff's motion to compel discovery responses (Doc. No. 76) is DENIED.

BY THE COURT:

_____, C.J.

cc: All Counsel of Record