IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JIM DESMOND, | ) | CIVIL DIVISION |
| | ) | |
| Plaintiff, | ) | No: 2:09-cv-00034 |
| v. | ) | |
| | ) | |
| PHILLIPS & COHEN ASSOCIATES, LTD. | ) | **ELECTRONICALLY FILED** |
| | ) | |
| Defendant. | ) | |

## ORDER OF COURT

AND NOW, on this 28 day of December, 2010, upon review of the Stipulation for Dismissal, it is hereby ORDERED that the above-referenced matter is hereby dismissed and discontinued with prejudice.

BY THE COURT:

_____ J.

12/1144081.v1